UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Paul Utah
_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s) )*

- against -

Pennslyvania State Police

St lukes hospital, Lehigh Valley Hospital

Military, Bethlehem Pa police,

Philidelphia Pa Police,

Cordinated Health Hospital

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s) If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I Addresses should not be included here.)*

AmEnDeD

**COMPLAINT**

Jury Trial: ☑ Yes  ☐ No

(check one)

CASE 5:19-CV-05291-JLS

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | Paul Utah |
| --- | --- | --- |
| | Street Address | 8220 Fort Hamiliton Parkway |
| | County, City | Brooklyn |
| | State & Zip Code | New York |
| | Telephone Number | 347343 0536 |

Rev 10/2009

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name Pennslyvania State Police
                  Street Address
                  County, City
                  State & Zip Code

Defendant No. 2   Name St Lukes
                  Street Address
                  County, City
                  State & Zip Code

Defendant No. 3   Name Military
                  Street Address
                  County, City
                  State & Zip Code

Defendant No. 4   Name Lehigh Valley Hospital
                  Street Address
                  County, City
                  State & Zip Code

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    [Q  Federal Questions]        Q  Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Human right violations and civil right violations

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **all over the state of Pennsylvania Whitehall, allentown, Bethlehem, State college, Philidelphia, walnutport, Palmerton, Center Valley easton,**

B. What date and approximate time did the events giving rise to your claim(s) occur? **Jan 1 2012 to Jan 7 2020**

C. Facts: **Did manipulation and tampering will technology in public businesses, Chief of State police knew of illegal acts done against me and illegal investigations against me. There were illegal manipulations of personal technology including computer cellphones and cellphone apps. Human eye on me from the state police, state police law enforcement on me, used brain technology to sting and annoy me. brain technology tampered with my skull, teeth, cheek, nose and ears, knew about atlantic city and stephoun and the greek girls caused pain and suffering for close to 8 years, Affected sex life, dating life and chance at love for close to eight years, caused emotional tramua in my life. use of stingray did illegal tracking and montioring in pubic spaces, used different cities emergency centers caused mental disablities, knew of neuro imaging, brain technology gave me dreams, Connected to people through phone calls, text messages, emails, knew of damage and manipulations to engine and coolant of the car, manipulations and influneced city workers, tampering with technology in public places, caused humilations, affected my genitals because i really wanted to use it. harrasement and intimidation thru human beings people could hear my brain from use of brain technology, illegal montoring of calls, influenced sheriff, placed cars on my route, influenced state troopers, brain technology built mucus in nasal and ear passage tampered with my employement, knew i loved and needed a caucausian female in my life. Stealing business ideas and other facts from me, heavy use of physcology, influence of ex-family.use of fire departments, use of ambulances and emts, Making me emotional in public places, caused bad memories, told people to lie, defemation and slander use of active and retired military, influenced retro fitness, influeced la fitness, muscus screwed with my thinking influenced giant, influenced dollar tree, influenced whole foods, use of private and public security, influenced malls, inlfluenced lanta bus, influenced max fitness influenced wells fargo bank, influenced greyhound, influenced st lukes, influenced tmobile influened lehigh high valley hospital, influenced cordinated health hopsital, Knew andrea infuenced planet fitness, knew of dennis grimsely, knew of Andrew Utah Sr, utah Knew of Yishrayl Stella Utah, knew of Andrew utah, racial profiling and profiling as retarded angry.** Chief of Bethlehem Police, Chief of Allentown Police and Chief of Philidephia police knew about illegal investigations and brain technology and illegal tracking also there was illegal questioning, There was civil right violations everytime i went to a public space or made a call. Influenced schools( high school, middle school and elementary, colleges and university in the whole state of pa. Told people to lie so i so it was hard to sell my house in walnuport, pa.

Side labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?

Rev 10/2009                                                                 3

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Emotional and physical trauma to brain, throat, cheek, mouth, skull due to brain technology and trauma due to Genitals because of stress and use of the brain technology on me and my genitals were not being used for years

Injury to my dating and sex life, Injury to my name, caused bad memories. Caused permanent mental Disabilities( by doing this lawsuit i can prove and being in different courts i can legally prove i do not have a mental disorder and i am stable and not out of touch with reality)religous profiling lead to the trauma that i faced and not getting love from a caucausian woman.

legally i have proved i am not mental disabled by filing this lawsuit, and many people know my outburst are due to caucausian and not paying attention to me and black and spanish females that know my face that are waiting to talk to me when they legally know i will never talk to them sexually or for a relationship) ( went to a hospital and they said i had a disability which was impossible to have i still am in school and had real jobs, also went to the gym squatted 400 pounds and also benched 400 pounds and did a competitive bodybuilding show)

### V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

55 million dollars resolution,

Fire staff, jail staff for all illegal acts that were done
Ban people that illegal acts against me from talking to me for life.

Remove all technology and stop illegal invesgations and stop illegal montioring, fix name,

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __7__ day of __Jan_____, 20__20__.

Signature of Plaintiff __Paul Utah__

Mailing Address __8220 fort hamiltion parkway__
__Brooklyn new york 11209__

Telephone Number __347 343 0536__

Fax Number *(if you have one)* _____

E-mail Address __radguym1@gmail.com__

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

# Important Privacy Notice

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.