# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL UTAH, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-5291 |
| | : | |
| PENNSYLVANIA STATE | : | |
| POLICE, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 28th day of January, 2020, upon consideration of Plaintiff Paul Utah's Motions to Proceed *In Forma Pauperis* (ECF Nos. 5, 7, 9), and *pro se* Second Amended Complaint (ECF No. 10) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Second Amended Complaint is **DEEMED** filed.

3. The Second Amended Complaint is **DISMISSED WITH PREJUDICE** as frivolous for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

                                              **BY THE COURT:**

                                              /s/ Jeffrey L. Schmehl
                                              **JEFFREY L. SCHMEHL, J.**